# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

BENJAMIN NASH,

        Plaintiff,

v.                                                              Civ. No. 20-1359 KRS/GJF

TOM VILSACK, *Secretary*,
*Department of Agriculture*,

        Defendant.

## MEMORANDUM OPINION AND ORDER
## <u>GRANTING MOTION TO FILE ELECTRONICALLY AND ORDER FOR SERVICE</u>

THIS MATTER comes before the Court on Plaintiff's Motion for Electronic Filing and Service [ECF 7] and Motion for Electronic Filing [ECF 9]. For the reasons below, the Court **GRANTS** Plaintiff's Motion for Electronic Filing and Service [ECF 7] and **DENIES AS MOOT** Plaintiff's Motion for Electronic Filing [ECF 9].

Plaintiff requests permission to participate in electronic filing in this case. ECF 7 at 1. The Court grants Plaintiff permission to file electronically *in this case only*. *See* Guide for Pro Se Litigants at 13, District of New Mexico (November 2019) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual.  Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information.  This Order only grants Plaintiff permission to

participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised December 2019).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Electronic Filing and for Service [ECF 7] is **GRANTED**.[1] And Plaintiff's Motion for Electronic Filing [ECF 9] is **DENIED AS MOOT**.

**SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] In a separate order filed consecutively herewith, the Court orders service on Defendant.